PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
JAN 12 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States v. Roberto Senica**

**Docket No. 0:00CR00334-003(ADM)**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Roberto Senica** who was sentenced for Conspiracy to Distribute and Possession with Intent to Distribute Cocaine on November 30, 2001, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug aftercare and alcohol abstinence

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 3, 2007, Mr. Senica contacted the probation officer in writing to request assistance in addressing his mental health concerns. His current conditions of supervised release do not include mental health aftercare.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

ORDER OF THE COURT

Considered and ordered this 12th day of January 2007, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Elizabeth M. Callahan
U.S. Probation Officer

Executed on January 11, 2007
Place Minneapolis

SCANNED
JAN 12 2007
U.S. DISTRICT COURT MPLS